IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VANDERBILT UNIVERSITY,<br><br>    Defendant. | Case No. 3:20-cv-00356<br><br>Judge Campbell<br>Magistrate Judge Frensley<br><br>JURY DEMAND |

## DEFENDANT VANDERBILT UNIVERSITY'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Vanderbilt University respectfully moves this Court to dismiss the Complaint filed by John Doe, individually and on behalf of others similarly situated, in the above-captioned matter in its entirety. As set forth in the accompanying Memorandum of Law, Plaintiff failed to state a claim upon which relief can be granted. As relevant to all of Plaintiff's claims, Tennessee law provides that courts must dismiss claims alleging that educators' discretionary decisions adversely affected the quality or value of an education. In addition, Plaintiff fails to specifically identify the contract or provision he says was breached, while existing contract documents indicate that Plaintiff may not receive refunds for tuition or fees under these circumstances. Finally, Plaintiff's unjust enrichment and conversion claims are barred in light of the contract between the parties, and Plaintiff also fails to adequately plead the elements of each of those claims.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, Vanderbilt University respectfully requests that this Court dismiss the Plaintiff's Complaint in its entirety.

Dated: June 22, 2020                                Respectfully submitted,

*/s/ Kevin C. Klein*
Kevin C. Klein (#23301)
Ryan P. Loofbourrow (#33414)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com
ryan.loofbourrow@kleinpllc.com

Bruce M. Berman (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6173
bruce.berman@wilmerhale.com

Alan E. Schoenfeld (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7294
alan.schoenfeld@wilmerhale.com

*Attorneys for Vanderbilt University*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of June 2020, a true and exact copy of this **MOTION TO DISMISS** was electronically filed with the Clerk of the District Court and served by operation of the Court's electronic filing system upon the following:

Tricia Herzfeld
Anthony A. Orlandi
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
triciah@bsjfirm.com
aorlandi@bsjfirm.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski
Whitney K. Siehl
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: (708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

*/s/ Kevin C. Klein*
Kevin C. Klein