UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>VANDERBILT UNIVERSITY,<br><br>        Defendant. | No. 3:20-cv-00356<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Jeffrey S. Frensley |

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to LR 6.01(a), Plaintiff John Doe and Defendant Vanderbilt University jointly move that the Court continue the initial case management conference, currently set for July 10, 2020 to a date after August 3, 2020. In support of this Motion, the parties state as follows:

1. Plaintiff filed the Complaint in this action on April 28, 2020. (Dkt. 1.)

2. The Complaint was served on Defendant on May 1, 2020. (Dkt. 11.)

3. On June 22, 2020, Defendant filed a motion to dismiss the Class Action Complaint (Dkt. 28).

4. On June 26, 2020, Plaintiffs filed a joint motion to extend the deadline to respond to Defendant's motion to dismiss by one week, setting the new briefing schedule as July 13, 2020 for Plaintiff to file a response to the Motion and July 27, 2020 for Defendant to file its reply. (Dkt. 30).

5. On June 29, 2020, this court granted the joint motion. (Dkt. 31).

6. Plaintiff respectfully requests the Court enter an order continuing the initial case management conference scheduled for July 10, 2020 to the next available date after August 3,

2020, to permit Plaintiff to respond to Defendant's Motion and analyze strategy for the case in advance of the case management conference.

7. Counsel for the parties have conferred and respectively consent to continuing the case management conference.

Accordingly, for the reasons provided above, and for good cause shown, the parties request that the Court continue the case management conference from July 10, 2020, to the next available date after August 3, 2020 and any other relief this court deems just and proper.

| | |
|---|---|
| Dated: July 2, 2020 | Respectfully submitted, |
| By: */s/ Daniel J. Kurowski*<br>Tricia Herzfeld (BPR # 26014)<br>Anthony A. Orlandi (BPR # 33988)<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>223 Rosa L. Parks Ave, Suite 200<br>Nashville, TN 37203<br>T: (615) 254-8801<br>triciah@bsjfirm.com<br>aorlandi@bsjfirm.com<br><br>Daniel J. Kurowski (*pro hac vice*)<br>Whitney K. Siehl (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 N. Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>T: (708) 628-4949<br>dank@hbsslaw.com<br>whitneys@hbsslaw.com<br><br>Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Ave, Suite 2000<br>Seattle, WA 98101<br>T: (206) 623-7292<br>steve@hbsslaw.com<br><br>*Attorneys for Plaintiff* | By: */s/ Kevin C. Klein*  (with permission)<br>Kevin C. Klein (#23301)<br>Ryan P. Loofbourrow (#33414)<br>KLEIN SOLOMON MILLS, PLLC<br>1322 4th Avenue North<br>Nashville, Tennessee 37208<br>(615) 600-4780<br>kevin.klein@kleinpllc.com<br>ryan.loofbourrow@kleinpllc.com<br><br>Bruce M. Berman (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6173<br>bruce.berman@wilmerhale.com<br><br>Alan E. Schoenfeld (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 937-7294<br>alan.schoenfeld@wilmerhale.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed electronically on July 2, 2020, a copy of which will be served upon all counsel of record by the Court's CM/ECF system.

                                                   */s/ Daniel J. Kurowski*