# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated, ) ) ) | |
| ) | Case No. 3:20-cv-00356 |
| Plaintiff, ) ) | |
| ) | Judge Campbell |
| v. ) | Magistrate Judge Frensley |
| ) | |
| VANDERBILT UNIVERSITY, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Leave to File Second Notice of Supplemental Authority, with good cause having been shown, it is hereby ORDERED this _____ day of _____, 2021, that the motion be GRANTED.

IT IS SO ORDERED.

_____
Hon. William L. Campbell Jr.
United States District Judge